**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Edward C. Penrose II          CHAPTER 13

             Debtor(s)          BKY. NO. 20-10947 ELF

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of FREEDOM MORTGAGE CORPORATION and index same on the master mailing list.

             Respectfully submitted,
             **/s/ Rebecca A. Solarz Esquire**
             Rebecca A Solarz, Esquire
             Kevin G. McDonald, Esquire
             KML Law Group, P.C.
             701 Market Street, Suite 5000
             Philadelphia, PA 19106-1532
             (215) 627-1322