IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| | : | |
| Edward C Penrose, II | : | Chapter 13 |
| | : | |
| | : | Case No.  20-10947ELF |
| Debtor(s) | : | |

CERTIFICATE OF NO RESPONSE

I hereby certify that no answer, objection or other responsive pleading has been filed in response to the Application for Compensation filed at docket number 23.

Dated:  May 21, 2020         /s/ Brad J. Sadek, Esquire
                             Brad J. Sadek, Esquire
                             Sadek and Cooper
                             1315 Walnut Street, Suite 502
                             Philadelphia, PA 19107
                             215-545-0008