IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In Re:<br><br>EDWARD C. PENROSE, II,<br><br>Debtor. | Case No. 20-10947-ELF<br><br>Chapter 13 |
|---|---|

# O R D E R

AND NOW, this **7th day of August 2020,** it is hereby **ORDERED** that the parties' Stipulation of Settlement (Doc. # 29) is **APPROVED**.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**

4826-7544-9286, v. 1