United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Edward C Penrose, II  
    Debtor

Case No. 20-10947-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Keith    Page 1 of 1    Date Rcvd: Aug 07, 2020  
                     Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 09, 2020.
```
db          +Edward C Penrose, II,    228 Cedar Avenue,    Holmes, PA 19043-1404
cr          +Steward Financial,   c/o Jennifer Gould, Esq.,    777 Township Line Rd.,    Suite 120,
              Yardley, PA  19067,    UNITED STATES 19067-5559
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 09, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 7, 2020 at the address(es) listed below:
```
              BRAD J. SADEK    on behalf of Debtor Edward C Penrose, II brad@sadeklaw.com,
               bradsadek@gmail.com
              JENNIFER D. GOULD    on behalf of Creditor    Steward Financial jgould@stark-stark.com,
               mdepietro@stark-stark.com;lsciscio@stark-stark.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Freedom Mortgage Corporation bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 6
```

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| In Re:<br><br>EDWARD C. PENROSE, II,<br><br>Debtor. | Case No. 20-10947-ELF<br><br>Chapter 13 |
|---|---|

# O R D E R

AND NOW, this **7th day of August 2020,** it is hereby **ORDERED** that the parties' Stipulation of Settlement (Doc. # 29) is **APPROVED**.

_____
**ERIC L. FRANK
U.S. BANKRUPTCY JUDGE**

4826-7544-9286, v. 1