IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

IN RE: EDWARD C PENROSE, II

CASE NO. 20-10947

CLAIM: 2

## NOTICE OF CHANGE OF ADDRESS BY A CREDITOR

COMES NOW, STEWARD FINANCIAL SERVICES hereby request the Trustee notice and payment address on its claim for the above mentioned case be changed from the following address:

**STEWARD FINANCIAL SERVICES**
**STARK & STARK**
**993 LENOX DRIVE**
**LAWRENCEVILLE NJ 08648**

To the new address below:

**STEWARD FINANCIAL SERVICES C/O WESTLAKE PORTFOLIO MANAGE**
**4751 WILSHIRE BLVD**
**SUITE 100**
**LOS ANGELES CA 90010**

This address change pertains to Trustee payments and all other correspondences for this claim filed by the Creditor.

/s/ Sally Beltran                                                                                Date: 09/12/2020
Sally Beltran
Telephone: 844-358-0648