# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>EDWARD C. PENROSE, II,<br><br>                Debtor. | Case No. 20-10947-ELF<br><br>Chapter 13 |

**PRAECIPE TO WITHDRAW OBJECTION OF STEWARD FINANCIAL SERVICES
TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN**

    Kindly withdraw Objection of Steward Financial Services to Debtor's Chapter 13 Plan and Proposed Order related to Document No. 28.

                              STARK & STARK, P.C.

                    By:  /s/ Jennifer D. Gould
                           Jennifer D. Gould, Esquire
                           Attorney I.D. No. 80988
                           STARK & STARK, P.C.
                           993 Lenox Drive, Bldg. 2
                           Lawrenceville, NJ  08648-2389
                           (609) 896-9060
                           E-mail: jgould@stark-stark.com
Dated: September 22, 2020              Attorneys for Creditor, Steward Financial Services

4822-8279-7004, v. 1