## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
|     Edward C. Penrose, II | : | Chapter 13 |
| | : | No.: 20-10947-ELF |
|     Debtor(s) | : | |

### RESPONSE OF DEBTOR TO THE MOTION FOR RELIEF OF AUTOMATIC STAY FILED BY STEWARD FINANCIAL SERVICES

Debtor, Edward C. Penrose, II, by and through their undersigned Counsel, Brad J. Sadek, in response to the Motion for Relief filed by Steward Financial Services hereby submits the following:

1. Admitted

2. Admitted.

3. Admitted.

4. Admitted.

5. Denied.

6. Denied.

7. Denied. Debtor avers there is no delinquency and requests a detailed post-petition history for review.

8. Denied.

9. Denied.

10. Admitted.

11. Admitted.

12. Admitted.

13. Admitted.

14. Denied.

WHEREFORE, based on the aforementioned, Debtor respectfully requests that Movant shall be denied an Order granting relief of the Automatic Stay pursuant to 11 U.S.C.§ 362.

Dated: February 9, 2022                                              /s/ Brad J. Sadek, Esq.

                                                    Brad J. Sadek, Esq.
                                                   Attorney for the Debtor
                                                   Sadek & Cooper
                                                   1315 Walnut Street, #502
                                                   Philadelphia, PA 19107
                                                   (215) 545-0008

---

## **CERTIFICATE OF SERVICE**

I Brad J. Sadek, Esq. certify that on the date indicated below served a true and correct copy of the Debtor's Response to the Motion for Relief from Automatic Stay by electronic or Regular U.S. Mail on all creditors and the following parties:

**Kenneth E. West**
Standing Chapter 13 Trustee
Electronic Notice

**Jason Brett Schwartz, Esq.**
Attorney for Movant *Steward Financial Services*
Electronic Notice to *jschwartz@mesterschwartz.com*

Dated: February 9, 2022                                              /s/Brad J. Sadek, Esq
                                                   Brad J. Sadek, Esq.
                                                   Attorney for Debtor
                                                   1315 Walnut Street
                                                   Suite #502
                                                   Philadelphia, PA 19107