United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                              Case No. 20-10947-elf

Edward C Penrose, II                                                                    Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 04, 2022 | Form ID: pdf900 | Total Noticed: 4 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 06, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Edward C Penrose, II, 228 Cedar Avenue, Holmes, PA 19043-1404 |
| cr | + | Steward Financial, c/o Jennifer Gould, Esq., 777 Township Line Rd., Suite 120, Yardley, PA 19067 UNITED STATES 19067-5559 |
| cr | + | Steward Financial Services, c/o Westlake Portfolio, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Apr 04 2022 23:30:14 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 06, 2022                          Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 4, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRAD J. SADEK | on behalf of Debtor Edward C Penrose  II brad@sadeklaw.com, bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Freedom Mortgage Corporation bkgroup@kmllawgroup.com |
| JASON BRETT SCHWARTZ | |

District/off: 0313-2                        User: admin                                    Page 2 of 2
Date Rcvd: Apr 04, 2022                    Form ID: pdf900                            Total Noticed: 4

                                on behalf of Creditor Steward Financial Services  c/o Westlake Portfolio Management jschwartz@mesterschwartz.com

JENNIFER D. GOULD

                                on behalf of Creditor Steward Financial jgould@stark-stark.com  mdepietro@stark-stark.com;lsciscio@stark-stark.com

KENNETH E. WEST

                                ecfemails@ph13trustee.com  philaecf@gmail.com

REBECCA ANN SOLARZ

                                on behalf of Creditor Freedom Mortgage Corporation bkgroup@kmllawgroup.com  rsolarz@kmllawgroup.com

United States Trustee

                                USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 7

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : **Chapter 13** |
| | : **Case No. 20-10947-ELF** |
| EDWARD C. PENROSE, II, | : **Consent Order Settling** |
| | : **Steward Financial Services** |
| | : **c/o Westlake Portfolio Management** |
| | : **Motion For Relief From The Automatic** |
| Debtor | : **Stay Pursuant To 11 U.S.C. § 362** |

AND NOW, this        day of                , 2022, this matter having come before this Court upon application of **Steward Financial Services c/o Westlake Portfolio Management** (hereinafter referred to as *"Steward"*), a secured creditor of the above-named Debtor, by its counsel, for relief from the automatic stays pursuant to 11 U.S.C. § 362;

AND it appearing that Debtor, *Edward C. Penrose, II,* through Debtor's attorney, *Brad J. Sadek, Esquire,* have reached an agreement with regard to said Motion for Relief regarding a 2015 FORD Fusion SE Sedan 4D, V.I.N. 3FA6P0H72FR157843 (the "Vehicle"), as per the terms contained in this Order;

AND, it appearing that Debtor is indebted to *Steward* on a loan which enabled Debtor to purchase said Vehicle, which loan terms are set forth in a Retail Installment Contract (the "Contract"); and

It appearing that *Steward* is the holder of a secured claim against the Debtor and;

It appearing that the Debtor is in arrears post-petition in the amount of *$10,017.25* ($9,704.25 in post-petition arrears, plus $313.00 in attorney's fees and costs) as of March 8, 2022;

It appearing that the Debtor and *Steward* have reached an agreement to cure post-petition arrears and attorney's fees and costs, the Debtor agrees to pay *$1,113.03* monthly **beginning March 27, 2022** for the next **nine** (9) months (with payments due on the **twenty-seventh** of each month) to cure said arrears, while making regular monthly post-petition payments ($388.17 per the Contract) due under the Contract beginning with the **March 27, 2022** payment **for a total monthly payment from March 27, 2022 through November 27, 2022 of *$1,501.20*,** wherefore,

It is hereby **ORDERED** and **DECREED** that if Debtor shall fail to make the regular monthly payment (or any portion thereof) or fail to make payment toward the curing of the arrears

as set forth above and Debtor fails to cure said default within ten (10) days after notice by *Steward* (or its counsel) of said default, counsel for *Steward* may file a Certification of Default with the Court setting forth Debtor's default and *Steward* shall be granted immediate relief from the automatic stay provisions of Section 362 of the Bankruptcy Code (11 U.S.C. § 362), and *Steward* is then also free to proceed with exercising its rights and remedies as may be allowed under State and Federal law. The Debtor shall be allowed to default and cure such default under this Consent Order one (1) time. Should Debtor default a second (2nd) time, notice of the default will be served, but the Debtor will not be granted an opportunity to cure the default and counsel for *Steward* may file a Certification of Default with the Court setting forth Debtor's default and *Steward* shall be granted immediate relief from the automatic stay provisions of Section 362 of the Bankruptcy Code (11 U.S.C. § 362).

It is **FURTHER ORDERED** and **DECREED** that in the event Debtor converts to a bankruptcy under any Chapter other than Chapter 13 of the Bankruptcy Code then Debtor shall pay all pre-petition arrears and post-petition arrears within fifteen (15) days from the date the case is converted from Chapter 13 to any other Chapter. If Debtor fails to make payment in accordance with this paragraph then *Steward*, through Counsel, may file a certification setting forth said failure and *Steward* shall be granted immediate relief from the automatic stay provisions of Section 362 of the Bankruptcy Code (11 U.S.C. § 362) and *Steward* is then also free to proceed with exercising its rights and remedies as may be allowed under State and Federal law.

The failure by *Steward,* at any time, to file a Certification of Default upon default by the Debtor shall not be construed, nor shall such failure act, as a waiver of any of *Steward's* rights hereunder.

This Order is a supplement and in addition to the Contract and not in lieu thereof.

Facsimile signatures shall be accorded the same force and effect as an original signature, and may be submitted to the Court.

It is further Ordered that the fourteen (14) day stay provided by Rule 4001(a)(3) is hereby waived.

Date: 4/4/22

Eric L. Frank
U.S. BANKRUPTCY JUDGE

Post-Petition Arrears:          $  9,704.25
Counsel Fees:                   $    313.00
*Total:*                        *$ 10,017.25*

**Creditor: Steward Financial Services
c/o Westlake Portfolio Management**
By Counsel: Mester & Schwartz, P.C.

By: _____
Jason Brett Schwartz, Esquire
Mester & Schwartz, P.C.
1917 Brown Street
Philadelphia, PA 19130
(267) 909-9036

DATED: 3/22/22

Seen and agreed to -- We hereby consent to the form and entry of the foregoing Order.

**Debtor: Edward C. Penrose, II**
By Counsel for Debtor: Brad J. Sadek, Esquire

By: _____
Brad J. Sadek, Esquire
Sadek and Cooper
1315 Walnut Street, Suite 502
Philadelphia, PA 19107
(215) 545-0008

DATED: 3/22/22

**Chapter 13 Trustee**

By:    /s/ Leroy W. Etheridge, Esquire
    Kenneth E. West, Trustee
    1234 Market Street – Suite 1813
    Philadelphia, PA 19107
    (215) 627-1377

**The Standing Trustee has indicated that he has no objection to its terms without prejudice to any of his rights and remedies, and has authorized us to affix his electronic signature.