United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Edward C Penrose, II  
    Debtor

Case No. 20-10947-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: Apr 05, 2022      Form ID: pdf900      Total Noticed: 26

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 07, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Edward C Penrose, II, 228 Cedar Avenue, Holmes, PA 19043-1404 |
| cr | + | Steward Financial, c/o Jennifer Gould, Esq., 777 Township Line Rd., Suite 120, Yardley, PA 19067 UNITED STATES 19067-5559 |
| cr | + | Steward Financial Services, c/o Westlake Portfolio, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14484853 | + | Crozer (Cerner), Simon's Agency Inc., PO Box 5026, Syracuse NY 13220-5026 |
| 14477433 | + | FREEDOM MORTGAGE CORPORATION, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14468326 | + | Freedom Mortgage Corporation, Attn: Bankruptcy, 907 Pleasant Valley Ave, Ste 3, Mt Laurel, NJ 08054-1210 |
| 14490014 | | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 14468328 | + | KML Law Group P.C., Suite 5000- BNY Independance Center, 701 Market Street, Philadelphia, PA 19106-1541 |
| 14468330 | + | Service Finance Company, Attn: Bankruptcy, 555 S Federal Highway, Boca Raton, FL 33432-6033 |
| 14473897 | + | Steward Financial Services, c/o Westlake Portfolio Manage, 4751 Wilshire Blvd, Suite 100, Los Angeles, CA 90010-3847 |
| 14468333 | + | Trident Asset Management, Attn: Bankruptcy, Po Box 888424, Atlanta, GA 30356-0424 |
| 14498079 | + | Truist Bank, c/o Service Finance Co., LLC, 555 S. Federal Hwy #200, Boca Raton, FL 33432-6033 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Apr 05 2022 23:42:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 05 2022 23:42:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Apr 05 2022 23:42:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Apr 05 2022 23:42:24 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14493384 | + | Email/Text: g20956@att.com | Apr 05 2022 23:42:00 | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 14468325 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 05 2022 23:42:26 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14477278 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 05 2022 23:42:24 | Directv, LLC, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14468326 | + | Email/Text: Bankruptcy@Freedommortgage.com | Apr 05 2022 23:42:00 | Freedom Mortgage Corporation, Attn: Bankruptcy, 907 Pleasant Valley Ave, Ste 3, Mt Laurel, NJ 08054-1210 |
| 14490014 | | Email/Text: Bankruptcy@Freedommortgage.com | Apr 05 2022 23:42:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 14468327 | + | Email/Text: cs.bankruptcy@jmcbiz.com | | |

| Recipient ID | Delivery | Date/Time | Name/Address |
|---|---|---|---|
|  |  | Apr 05 2022 23:42:00 | Joseph Mann & Creed, 8948 Canyon Falls Blvd S, Twinsburg, OH 44087-1900 |
| 14473634 | Email/PDF: resurgentbknotifications@resurgent.com | Apr 05 2022 23:42:24 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14468329 + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 05 2022 23:42:24 | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 14483069 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 05 2022 23:42:24 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14468331 + | Email/Text: clientservices@simonsagency.com | Apr 05 2022 23:42:00 | Simon's Agency, Inc., Attn: Bankruptcy, Po Box 5026, Syracuse, NY 13220-5026 |
| 14468332 + | Email/Text: jchrist@stewardfs.com | Apr 05 2022 23:42:00 | Steward Financial Svcs, Po Box 39, Maple Shade, NJ 08052-0039 |
| 14620101 + | Email/PDF: gecsedi@recoverycorp.com | Apr 05 2022 23:42:28 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 07, 2022    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 5, 2022 at the address(es) listed below:

**Name** — **Email Address**

BRAD J. SADEK
on behalf of Debtor Edward C Penrose II brad@sadeklaw.com, bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com

DENISE ELIZABETH CARLON
on behalf of Creditor Freedom Mortgage Corporation bkgroup@kmllawgroup.com

JASON BRETT SCHWARTZ
on behalf of Creditor Steward Financial Services c/o Westlake Portfolio Management jschwartz@mesterschwartz.com

JENNIFER D. GOULD
on behalf of Creditor Steward Financial jgould@stark-stark.com mdepietro@stark-stark.com;lsciscio@stark-stark.com

KENNETH E. WEST
ecfemails@ph13trustee.com philaecf@gmail.com

REBECCA ANN SOLARZ
on behalf of Creditor Freedom Mortgage Corporation bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com

United States Trustee

District/off: 0313-2      User: admin      Page 3 of 3

Date Rcvd: Apr 05, 2022      Form ID: pdf900      Total Noticed: 26

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: <br> EDWARD C PENROSE, II | Chapter 13 |
| Debtor | Bankruptcy No. 20-10947-ELF |

# ORDER

    AND NOW, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

    **IT IS FURTHER ORDERED** that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

Dated: 4/5/2022

Honorable Eric L. Frank
Bankruptcy Judge

Kenneth E. West, Trustee
P.O. Box 40837
Philadelphia, PA  19107

Debtor's Attorney:
BRAD J. SADEK ESQ
SADEK LAW OFFICE
1315 WALNUT STREET #502
PHILADELPHIA, PA 19107-

Debtor:
EDWARD C PENROSE, II

228 CEDAR AVENUE

HOLMES, PA 19043-