**Fill in this information to identify the** **Fill in this information to identify the case:**

Debtor 1    Edward C. Penrose II

Debtor 2

United States Bankruptcy Court for the EASTERN District of Pennsylvania

Case number    20-10947 ELF

Official Form 410S1

# Notice of Mortgage Payment Change                                                                      12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** FREEDOM MORTGAGE CORPORATION

**Court claim no.** (if known): 6

**Last 4 digits** of any number you use to identify the debtor's account: 5789

**Date of payment change:**
Must be at least 21 days after date of this notice                    12/01/2020

**New total payment:**    $1098.92
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**
   - ☐ No
   - ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $514.72                    New escrow payment: $ 516.36

### Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**
   - ☒ No
   - ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____ %                    New interest rate: _____ %

   Current principal and interest payment: $_____    New principal and interest payment: $_____

### Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**
   - ☒ No
   - ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $_____                    New mortgage payment: $_____

Debtor(s)   <u>Edward</u>  <u>C.</u>  <u>Penrose</u>             Case number (*if known*)  <u>20-10947 ELF</u>
            First Name  Middle Name  Last Name

### Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ *Denise Carlon*
Signature
Denise Carlon
06 Nov 2020, 14:44:39, EST

Date    11/06/2020

Title   <u>Attorney for Creditor</u>

Company   <u>KML Law Group, P.C.</u>

Address   <u>701</u>   <u>Market Street, Suite 5000</u>
          Number   Street
          Philadelphia,                    PA    19106
          City                             State  ZIP Code

Contact phone  (215) 627–1322        Email  bkgroup@kmllawgroup.com